UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT M. DUKOWITZ,<br><br>    Petitioner,<br><br> v.<br><br>STATE OF WASHINGTON,<br><br>    Respondent. | Case No.  C08-5142 BHS/KLS<br><br>REPORT AND RECOMMENDATION TO DENY APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>**Noted for: May 9, 2008** |

This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Petitioner is an inmate at the Prairie Correctional Facility in Appleton, Minnesota. He filed an application to proceed *in forma pauperis* (Dkt. # 4), but has paid the $5.00 filing fee. Accordingly, the Court should deny the application.

DISCUSSION

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), *cert. denied*, 375 U.S. 845 (1963).

On April 7, 2008, the Clerk received Petitioner's application to proceed *in forma pauperis*. (Dkt. # 4). On that same day, Petitioner paid the $5.00 filing fee. Because he has paid the filing fee, Petitioner's application to proceed *in forma pauperis* is moot.

REPORT AND RECOMMENDATION
Page - 1

**CONCLUSION**

Because Petitioner has paid the filing fee, the undersigned recommends that the Court deny his application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Petitioner shall have ten (10) days from service of this Report and Recommendation to file written objections thereto. *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed set this matter for consideration on **May 9, 2008**, as noted in the caption.

DATED this <u>15th</u> day of April, 2008.

Karen L. Strombom
United States Magistrate Judge