UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT M. DUKOWITZ,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent .

Case No.  C08-5142 BHS/KLS

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

The Court, having reviewed the Report and Recommendation, Petitioner's application to proceed *in forma pauperis* and the remaining record, hereby finds and **ORDERS**:

(1)    the Magistrate Judge's Report and Recommendation is approved and adopted;

(2)    Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(3)    the Clerk is directed to send directed to send copies of this Order to Petitioner.

DATED this 16th day of May, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER