UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT M. DUKOWITZ,

        Petitioner,

   v.

TIMOTHY WENGLER, *et al*,

        Respondent.

Case No. C08-5142 BHS/KLS

ORDER EXTENDING RESPONDENT'S TIME TO FILE AN ANSWER

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Before the court is Respondent's motion for an extension of time to file an answer to Mr. Dukowitz's habeas corpus petition. (Dkt. # 17). Respondent seeks an extension until August 7, 2008 to allow sufficient time to review the state court record recently received from the Washington state courts.

Petitioner filed no opposition to Respondent's request for an extension.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time to file an answer to the petition for a writ of habeas corpus (Dkt. # 17) is **GRANTED.** Respondent shall file his answer on or before **August 7, 2008**;

2. Petitioner may file a reply brief not later than **August 29, 2008**;

3. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkt. # 5) for **August 29, 2008**; and

ORDER
Page - 1

4. The Clerk shall send copies of this Order to the Petitioner and to counsel for Respondents.

DATED this  25th  day of July, 2008.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge