UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT M. DUKOWITZ, <br><br> Petitioner, <br><br> v. <br><br> TIMOTHY WENGLER, *et al*, <br><br> Respondent. | Case No. C08-5142 BHS/KLS <br><br> SECOND ORDER EXTENDING RESPONDENT'S TIME TO FILE AN ANSWER |

This habeas corpus action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4. Before the court is Respondent's second motion for an extension of time to file an answer to Mr. Dukowitz's habeas corpus petition. (Dkt. # 19). Respondent seeks an extension until September 22, 2008 to allow sufficient time to review the state court record recently received from the Washington state courts.

Petitioner filed no opposition to Respondent's request for an extension.

Accordingly, it is **ORDERED:**

1. Respondent's motion for an extension of time to file an answer to the petition for a writ of habeas corpus (Dkt. # 19) is **GRANTED.** Respondent shall file his answer on or before **September 22, 2008**;

2. The Clerk of the Court shall **re-note** the Petition for Writ of Habeas Corpus (Dkts. # 3 and 9) for **October 24, 2008**;

3. Petitioner may file and serve a response not later than **October 20, 2008** and Respondents may file and serve a reply brief not later than **October 24, 2008**; and

ORDER
Page - 1

4. The Clerk shall send copies of this Order to the Petitioner and to counsel for Respondents.

DATED this  3rd  day of September, 2008.

Karen L. Strombom
United States Magistrate Judge