UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT M. DUKOWITZ,

    Petitioner,

    v.

TIMOTHY WENGLER, et al.,

    Respondents.

Case No. C08-5142BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 24. Judge Strombom recommends that Petitioner's habeas petition be denied. *Id*., 24-25.

On December 5, 2008, Petitioner filed an objection to the Report and Recommendation. Dkt. 25. Petitioner maintains that his constitutional right to a speedy trial was violated because he was coerced into signing a speedy trial waiver. *Id*. at 2. He further maintains that the state and trial court destroyed court records that contain the transcript of an August 26, 1996, hearing where this alleged coercion took place. *Id*. Finally, Petitioner contends that he was prejudiced by the delay. *Id*. at 7. Petitioner did not describe how he was prejudiced, but is apparently arguing that any delay constitutes prejudice. *Id*.

Petitioner's habeas petition is denied. Petitioner's objections fail to raise any issues that were not already addressed in the Report and Recommendation. Judge Strombom correctly concluded that Petitioner has failed to demonstrate that a balancing of the relevant factors as set out in *Barker v. Wingo*, 407 U.S. 514 (1972), indicate a violation of his right to

ORDER – 1

a speedy trial. *See* Dkt. 24, 18-19 (Report and Recommendation) (applying the *Barker* factors and concluding that even assuming Petitioner had been coerced into signing a speedy trial waiver, Petitioner nonetheless failed to demonstrate prejudice and failed to request a trial date within a time period he perceived to be the speedy trial period).

The Court having considered the Report and Recommendation, Petitioner's objections, and the remaining record, does hereby find and order that:

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's habeas petition is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 23rd day of December, 2008.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2