# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT M. DUKOWITZ

       v.

TIMOTHY WENGLER, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5142BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

Petitioner's habeas petition is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
|   December 24, 2008 |   BRUCE RIFKIN |
| Date | Clerk |
| | |
| |   *s/CM Gonzalez* |
| | Deputy Clerk |